IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHA YANG, | ) | 1:09cv01495 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| | ) | (Document 13) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On April 13, 2010, the parties filed a stipulation and proposed order to allow Defendant an extension of time to respond to Plaintiff's opening brief.  The parties' request is GRANTED. Defendant's response SHALL be filed on or before May 19, 2010.


IT IS SO ORDERED.

     Dated:   **April 14, 2010**                         **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

1