BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
JACOB M. MIKOW, CA SBN 238045
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8976
    Facsimile: (415) 744-0134
    Email: jacob.mikow@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHA YANG, | Case No. 1:09-CV-01495-DLB |
|     Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to workload demands of Defendant's counsel and the number and complexity of issues in Plaintiff's opening brief. The current due date is May 19, 2010. The new due date will be June 18, 2010. Defendant will request no more extensions in this case. Defendant apologies to the Court for not filing this stipulation sooner.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                Respectfully submitted,

DATE: May 19, 2010                SENGTHIENE BOSAVANH
                                              Law Offices of Jeffrey Milam

                                        By:    /s/ Sengthiene Bosavanh*
                                                   (* As authorized via phone on May 19, 2010 and
                                                   email dated May 19, 2010)
                                                   SENGTHIENE BOSAVANH

                                              Attorneys for Plaintiff

DATE: May 19, 2010                BENJAMIN B. WAGNER
                                              United States Attorney
                                              LUCILLE GONZALES MEIS
                                              Regional Chief Counsel, Region IX
                                              Social Security Administration

                                        By    /s/ Jacob M. Mikow
                                                 JACOB M. MIKOW
                                              Special Assistant U.S. Attorney

                                              Attorneys for Defendant

IT IS SO ORDERED.

    **Dated:   May 24, 2010**                      /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE