Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cha Yang ) | CASE NO. 1:09cv1495 DLB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF'S REPLY BRIEF |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that Plaintiff be granted a time 30-day extension of time to submit Plaintiff's Reply Brief. The reason for this extension is due to Plaintiff's attorneys previously scheduled vacation, along with counsel's workload demands, and the number and complexity of the issues in this case. The current due date for Plaintiff's Reply Brief is July 6, 2010. The new due date will be August 5, 2010.

Dated: 06/29/2010                 /s/ Sengthiene Bosavanh

                                  SENGTHIENE BOSAVANH, ESQ.
                                  Attorney for Plaintiff

1 | Dated:
2 |                         BENJAMIN B. WAGNER
                        United States Attorney

                        By: /s/ Jacob Mikow
                        (as authorized via Email on 6/28/10)
                        JACOB MIKOW
                        Special Assistant United States Attorney

IT IS SO ORDERED.

    **Dated:**   **July 2, 2010**               **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE