# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHA YANG,<br><br>            Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>            Defendant | Case No.: 1:09cv01495 DLB<br><br>ORDER REMANDING ACTION FOR FURTHER PROCEEDINGS |

On July 6, 2012, the Ninth Circuit Court of Appeals granted Plaintiff's appeal in part and instructed this Court to remand the action to the Commissioner to permit the ALJ to analyze Plaintiff's credibility and the opinion of Dr. Mouanoutoua. The Ninth Circuit issued its formal mandate on August 29, 2012.

Accordingly, this action is REMANDED to the Commissioner for further proceedings consistent with the Ninth Circuit's decision. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **September 10, 2012**            /s/ *Dennis L. Beck*
                                                            UNITED STATES MAGISTRATE JUDGE

1