IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHA YANG,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　Defendant. | 1:09cv01495 DLB<br><br>ORDER GRANTING EXTENSION OF TIME TO SUBMIT DEFENDANT'S REPLY TO PLAINTIFF'S EAJA MOTION<br>(Doc. 33) |

　　On October 24, 2012, the parties filed a stipulation and proposed order to allow Defendant an extension of time to respond to Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). The parties' request is GRANTED. Defendant's response SHALL be filed on or before November 23, 2012.

　　IT IS SO ORDERED.

　　Dated:　October 24, 2012　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1