IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHA YANG, | ) | 1:09cv01495 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME TO SUBMIT |
| | ) | DEFENDANT'S REPLY TO |
| vs. | ) | PLAINTIFF'S EAJA MOTION |
| | ) | (Doc. 33) |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On October 24, 2012, the parties filed a stipulation and proposed order to allow Defendant an extension of time to respond to Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). The parties' request is GRANTED. Defendant's response SHALL be filed on or before November 23, 2012.

IT IS SO ORDERED.

**Dated:    October 24, 2012**            _____/s/ **Dennis L. Beck**_____
                                                          UNITED STATES MAGISTRATE JUDGE

1